UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IN THE MATTER OF A DEPOSITION SUBPOENA SERVED IN:<br><br>METAx LLC,<br>　　　　　Plaintiff,<br>　　　v.<br>META PLATFORMS, INC.,<br>　　　　　Defendant. | Case No. 24-mc-80221-LB<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 1 |

　　Non-party Beige Key LLC filed a motion to quash MetaX's deposition subpoena and declined magistrate-judge jurisdiction.

　　First, under the court's case-assignment plan, declined miscellaneous cases are not reassigned unless they are 28 U.S.C. § 1782 petitions, which are case-dispositive matters that require the parties' consent. *CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 807–08 (9th Cir. 2022).

　　Second, the court suggests (but does not require) following the discovery-dispute procedures set forth in the attached standing order. They can result in a faster resolution than the normal five-week motion process. The procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General >

ORDER – No. 24-mc-80221-LB

Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument. If the parties agree to that process, they can proceed by way of a letter brief, and the court can either decide the issue or ask for full briefing. The parties must confer with one week (or ask for more time if they need it) to see whether they can agree to that process. If they cannot, then Beige K must notice its motion for a hearing on the ordinary schedule under the local rules by filing a one-page motion cross-referencing the earlier-filed motion and notice it for a hearing on any available calendar on Thursdays at 9:30 a.m. at least five weeks after the date of the notice.

Third, the court needs chambers copies of the existing motions at ECF Nos. 1 and 2 that comply with the requirements of the standing order.

**IT IS SO ORDERED.**

Dated: September 6, 2024

LAUREL BEELER
United States Magistrate Judge