ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:
DATE FILED: 9/3/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X
IN THE MATTER OF A DEPOSITION
SUBPEONA SERVED IN:

METAX LLC,

Plaintiff,

- against -

META PLATFORMS, INC.,

Defendant.
- - - - - - - - - - - - - - - - - - - - -X

24 MC 0599 (LLS)

ORDER

On December 10, 2024, the Honorable Laurel Beeler, U.S.M.J. for the Northern District of California, San Francisco Division quashed the third-party subpoena that formed the basis of this miscellaneous case. Simultaneously, Magistrate Judge Beeler transferred this case to the Southern District of New York as related to METAx LLC v. Meta Platforms, Inc., 22-cv-6125, for any renewal of the plaintiff's discovery requests. Plaintiff has initiated no further requests in this case. It is, therefore,

ORDERED that this action is dismissed. The Clerk of Court is directed to close this miscellaneous case.

Dated: New York, New York
September 3, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.